Approved, SCAO | JIS CODE: SRR

| STATE OF MICHIGAN<br>PROBATE COURT<br>MONROE COUNTY<br>CIRCUIT COURT - FAMILY DIVISION | SIX MONTH REVIEW REPORT | FILE NO.<br>2014-2285-MI |
|---|---|---|

In the matter of ___RAGLAND, JOSHUA A.___

1. The individual presently resides at
   ☐ own home or with relatives
   ☐ a center
   ☑ a hospital
   ☐ a private facility
   ☐ _____

   and the address is ___WALTER REUTHER PSYCHIATRIC HOSPITAL 30901 PALMER RD. WESTLAND, MI. 48186___

☐ 2. The individual was placed on authorized leave on _____ and continues on leave status.

3. By order of this court dated ___05/11/2015___ the individual was placed in a
   ☐ a. one-year alternative treatment program.
   ☐ b. one-year combined treatment program.
   ☑ c. one-year continuing hospitalization program.
   ☐ d. center or private facility as a judicial admission.

☐ 4. I believe the individual has mental illness and
   ☑ a. can reasonably be expected within the near future to intentionally or unintentionally seriously physically injure self or another person, and the individual has engaged in an act or acts or made significant threats that are substantially supportive of the expectation.
   ☑ b. is unable to attend to his or her basic physical needs such as food, clothing, or shelter that must be attended to for the individual to avoid serious harm in the near future, and the individual has demonstrated that inability by failing to attend to those basic physical needs.
   ☑ c. his or her judgment is so impaired that the individual is unable to understand his or her need for treatment, and the individual's continued behavior as the result of this mental illness can reasonably be expected to result in significant physical harm to self or others.

☐ 5. I believe the individual has mental retardation and can be reasonably expected in the near future to intentionally or unintentionally seriously physically injure self or another person and has overtly acted in a manner substantially supportive of that expectation.

6. My conclusion is based on the following facts of which I have personal knowledge:
Patient has mood swings since the age of 13 most of the time he feels sad, isolates himself & has Racing thoughts, 2 weeks prior his crime he was feeling very depressed, hopeless, helpless, he was living in the car with his Dog, broke up with girlfriend. These stresses make him more depressed and he felt no live anymore, has passive Suicidal thoughts he went to bridge & he has pocket knife & he was thinking not to live _(PLEASE SEE OTHER SIDE)_ anymore. His thoughts were

---
Do not write below this line - For court use only

00085285487
SRR

2014-2285-MI
Julie Langton, Clerk
02/03/2016    Ref # 47

PCM 226 (9/06) SIX MONTH REVIEW REPORT    MCL 330.1401, MCL 330.1482, MCL 330.1515, MCL 330.1531

Disorganized. Some body call the police. Pt resisted arrest and it resulted him having felonious assault charges (4 counts of police officer assaulting Resist, by obstructing. Pt was declared NGRI & Released to ACT team on ALS by C.F.P. Pt was at times non-compliant to the treatment at times Pt

7. My conclusion is based on the following facts, which are based on reports by others whose names and addresses, if known, are: has passive suicidal thoughts. He also drank beer and didn't follow ALS Contract. So CFP revoked his ALS contract. Pt continues to have depression, helplessness Depressed mood, passive suicidal thoughts at times & these symptoms are affecting his judgement & insight. Pt needs treatment in structured environment otherwise he may harm to self/others.

8. The alternative treatment program provided to the individual since the order, and the results are: S.W. & treatment team agreed with above. [illegible signature] above he is competent on the day of hearing

None

9. This treatment [✓] is [ ] is not adequate and appropriate to the individual's condition, the estimate of time required for further treatment is 6 [ ] days, [✓] months, and the following modifications in treatment are currently planned during the next six-month period or proposed as alternative treatment and will be adequate and appropriate to the individual's condition:
(write "none" if continuation of previous treatment program[s] is/are the only course of treatment currently envisaged)

Will adjust his medication, will do in sgpe oriented psychotherapy will involve him symptom management, and medication management group & individual therapy and monitor the response closely and monitor his safety.

10. The individual
 [✓] a. continues to be a person requiring involuntary mental health treatment.
 [ ] b. continues to be a person meeting the criteria for judicial admission.
 [ ] c. should be discharged from the treatment program.

I declare under the penalties of perjury that this report has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

1-28-16
Date

Signature of physician or licensed psychologist
MADHUMALTI BHAVSAR, M.D.
Name (type or print)
PSYCHIATRIST
Title
(734) 367-8600
Telephone no.