UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DARRYL PELICHET, *et al*. | CASE NO. 2:18-cv-11385 |
| Plaintiffs, | HON. JUDGE ANTHONY P. PATTI |
| v. | **STIPULATED ORDER APPROVING FINAL SETTLEMENT AGREEMENT BETWEEN MPAS AND MDHHS AND DISMISSING MPAS' CLAIMS AGAINST MDHHS AND ELIZABETH HERTEL WITH PREJUDICE** |
| ELIZABETH HERTEL, *et al*., | |
| Defendants. | |

Laurence H. Margolis (P69635)
James M. Gallagher (P73038)
Ian T. Cross (P83367)
Margolis, Gallagher & Cross
Attorneys for Plaintiffs
214 S. Main St., Suite 202
Ann Arbor, MI  48104
(734) 994-9590
larry@lawinannarbor.com
jim@lawinannarbor.com
ian@lawinannarbor.com

Katherine J. Bennett (P75913)
Darrin F. Fowler (P53464)
Ashlee N. Lynn (P78789)
Assistant Attorneys General
Michigan Department of Attorney General
Attorneys for MDHHS Defendants
P.O. Box 30736
Lansing, MI  48909
(517) 335-7632
bennettk1@michigan.gov
fowlerd1@michigan.gov
LynnA@michigan.gov

Chris E. Davis (P52159)
Simon Zagata (P83162)
Michigan Protection & Advocacy
Service, Inc.
Attorneys for Plaintiff MPAS
4095 Legacy Parkway, Suite 500
Lansing, MI  48911
(517) 487-1755
cdavis@mpas.org
szagata@mpas.org

Thomas G. Cardelli (P31728)
Cardelli Lanfear, P.C.
Attorney for Defendant Hegira
322 W. Lincoln Ave
Royal Oak, MI 48067
(248) 544-1100
(248) 544-1191 Fax
tcardelli@cardellilaw.com

**STIPULATED ORDER APPROVING FINAL SETTLEMENT AGREEMENT BETWEEN MPAS AND MDHHS AND DISMISSING MPAS' CLAIMS AGAINST MDHHS AND ELIZABETH HERTEL WITH PREJUDICE**

On July 20, 2021, Plaintiff Michigan Protection and Advocacy Service, Inc. (MPAS) and Defendant Michigan Department of Health and Human Services (MDHHS) entered into a Final Settlement Agreement.  (Final Agreement, attached as Exhibit 1.)

Under Paragraph 16 of the Final Agreement, MPAS and MDHHS agreed that, upon its execution, MPAS and MDHHS would jointly move the Court for approval of the Final Agreement and dismissal of MPAS' claims against MDHHS and MDHHS Director Elizabeth Hertel with prejudice.  The parties agree that with the entry of this Order, all of MPAS' claims in this matter against MDHHS and its employees have been dismissed with prejudice.

Accordingly, MPAS and MDHHS now stipulate that this Court approve the attached Final Agreement and dismiss MPAS' claims against MDHHS and Elizabeth Hertel with prejudice.

**IT IS SO ORDERED.**

Dated: July 22, 2021                    s/Anthony P. Patti
                                        Hon. Anthony P. Patti

2

Stipulated and Approved for Entry:

| /s/ *Simon Zagata* (w/ permission)<br>Simon Zagata (P83162)<br>Attorney for Plaintiff MPAS<br><br>Dated: July 20, 2021 | /s/ *Katherine J. Bennett*<br>Katherine J. Bennett (P75913)<br>Attorney for MDHHS Defendants<br><br>Dated: July 20, 2021 |
| --- | --- |