**Index of Exhibits**

Ex. 1- Bickerstaff Appeal Order 9-14-20
Ex. 2- Sandie Deposition for Pelichet MSJ response
Ex. 3- NGRI Petition 7-30-21
Ex. 4- Consent Decree slide deck excerpt
Ex. 5- Statement of the Department of Justice on Enforcement of the Integration Mandate of Title II of the Americans with Disabilities Act and Olmstead v. L.C_
Ex. 6- Declaration of Darryl Pelichet
Ex. 7- Declaration of Bonn Washington
Ex. 8- Sandie Testimony for Pelichet MSJ response
Ex. 9- Carroll Deposition for Pelichet MSJ response
Ex. 10- Mary Scott Testimony for Pelichet MSJ response
Ex. 11- Letter from Bonn Washington to NGRI Committee
Ex. 12- Lemmen Deposition for Pelichet MSJ response
Ex. 13- Bonn Washington 6-Month Review by Dr. Annandappa
Ex. 14- Bickerstaff Progress Notes, 10-20-16 and 06-21-18
Ex. 15- Sheila Hatton Nursing Intake Assessment Pelichet
Ex. 16- Sheila Hatton Nursing Intake Assessment Ragland
Ex. 17- Hatton Deposition for Pelichet MSJ response
Ex. 18- Declaration of Sheila Hatton
Ex. 19- Dr. Horn six-month review report for Joshua Ragland, Jan. 2016
Ex. 20- Email chain Re. Ragland ALS revocation
Ex. 21- Alsterberg Report
Ex. 22- Bavineni deposition for Pelichet MSJ response
Ex. 23- Alsterberg testimony for Pelichet MSJ response
Ex. 24- Declaration of Brandon Moore
Ex. 25- Klingenberg Report
Ex. 26- Reed ORR Report
Ex. 27- Quality and Compliance Investigation Memorandum
Ex. 28- ORR Report re. Dr. Bavenini's examination of James Blake
Ex. 29- ORR report re. Bickerstaff Class Action
Ex. 30- Affidavit of Dale Crowe
Ex. 31- Affidavit of Darrell Veres
Ex. 32- Affidavit of James Blake
Ex. 33- Affidavit of Latasha Stallworth
Ex. 34- Affidavit of Mark Alvarez
Ex. 35- Ragland Progress notes April 2016
Ex. 36- Emails re- Ragland April 2017
Ex. 37- ALS Contracts for Darryl Pelichet and Bonn Washington

Ex. 38- Select Requests for Admission
Ex. 39- Spreadsheet of Clinical Certificates and Petitions
Ex. 40- Spreadsheet of Six-Month Reviews
Ex. 41- Affidavit of Tuhin Chakraborty
Ex. 42- Michaela Minnis Affidavit
Ex. 43- MDHHS defendants response to second requests to produce
Ex. 44- Email re- release #1
Ex. 45- Email re- release #2
Ex. 46- Response to email re- release #2
Ex. 47- Pelichet girlfriend progress note
Ex. 48- Pelichet girlfrined AFC report
Ex. 49- Pelichet 4-15-16 drug test
Ex. 50- Pelichet 4-29-16 drug test
Ex. 51- Vijayakumaran deposition for Pelichet MSJ response
Ex. 52- Marway Johnson Deposition for Pelichet MSJ response
Ex. 53- NGRI Committee meeting minutes before Carroll Ragland email
Ex. 54- Ragland progress note re- Respite
Ex. 55- Bickerstaff Deposition for Pelichet MSJ Response
Ex. 56- NGRI Committee meeting minutes re. respites
Ex. 57- Ragland six-month stay progress note
Ex. 58- ORR Report Re- Marway Johnson
Ex. 59- Reed deposition for Pelichet MSJ response
Ex. 60- Reed handwritten note
Ex. 61- email re- loophole in the System
Ex. 62- Email re- Medoff relationship comments
Ex. 63- Declaration of Matteline Pelichet
Ex. 64- Matteline Pelichet April 2017 Email
Ex. 65- Letters from Frank and Mary Bickerstaff