Hegira Programs
For a Brighter Tomorrow

## Progress Notes

Patient Name: PELICHET, DARRYL( 8370)
Admit Date: 1/19/2016
Written By: Euneika Mitchell BS
Note Type: Case Manager

Episode: 10
Discharge Date: 5/17/2016
Note Time: 03:29 PM
Service Desc: Independent Note

Service Desc: ()
Provider:

Service Date:
Date of Note: 4/22/2016

Time of Call:
03:19 PM

CM received a call from the AFC manager Renita. She stated we have a problem, then began to explain that the client could not get a ride back to the AFC last night and was out all night at his mothers he said. Client returned to the AFC around 9.a.m. The manager questioned about missed medication since he was out all night but the staff said no the client took his night medication. long story short the client went out with family yesterday afternoon the client returned for night medication and curfew then the client said he had to sneak out the back door to spend time with his Girlfriend.

Date of Call
4/22/2016

Completed and Electronically signed by: Euneika Mitchell BS