# MICHIGAN DEPARTMENT OF COMMUNITY HEALTH
## INCIDENT REPORT

**RECIPIENT NAME:** Darryl Pelichet
**CASE NO.:** 01033882
**AGE / BIRTHDATE:** 3/4/1979
**SEX:** Male

**REPORT DATE:** 4/22/16
**TIME:** 7:40 Am
**AGENCY NAME:** ADVANCE CARE
**WORK AND LIVING UNIT NAME:** Bibbins AFC

**WHEN DID YOU DISCOVER INCIDENT (Date & Time):** 4/22/16 7:30 Am ☒AM ☐PM
**WHEN DID IT HAPPEN (Date & Time):** 4/21/16 10pm ☐AM ☒PM
**WHERE DID INCIDENT HAPPEN (Building, Location):** Bibbins AFC

**RECIPIENTS(S) INVOLVED:** Darryl Pelichet
**OTHER RECIPIENT(S) PRESENT:**

**EMPLOYEE(S) INVOLVED AND/OR PRESENT:** Jennifer Kenyon

**EXPLAIN WHAT HAPPENED:** Staff did bed checks at 730 Am and discovered that D.P. was not in his bedroom, staff checked the outside smoking area and the bathrooms and there was no consumer. Staff called consumers cell phone and asked where is he, and he stated he stayed out all night long and he's on his way back home.

**ACTION TAKEN BY STAFF:** Staff called consumer cell phone to ask his location. Staff reported incident to Case Mgr, Home provider, and appropiate parties.

**PHYSICAL INJURY APPARENT?** ☐YES ☒NO
**REPORTING PERSON'S SIGNATURE:** Benita Barnett
**DATE:** 4/22/16

**IF INJURY, DESCRIPTION OF INJURY BY PHYSCIAN OR R.N.:**

**DESCRIPTION OF TREATMENT OR CARE GIVEN:**

**DATE & TIME CARE GIVEN:** ☐AM ☐PM
**EXTENT OF INURY AT THIS TIME:** ☐SERIOUS ☐NON-SERIOUS
**PHYSICIANS'S OR R.N. SIGNATURE:** **DATE:**

**IF SERIOUS INJURY: DATE & TIME DIRECTOR OR DESIGNEE NOTIFIED:** ☐AM ☐PM
**IF SERIOUS INJURY: DATE & TIME RIGHTS ADVISOR NOTIFIED:** ☐AM ☐PM
**PHYSICIANS'S OR R.N. SIGNATURE:** **DATE:**

**DESIGNATED SUPERVISOR (State program or administrative action to remedy and/or prevent reoccurrence of incident, including disciplinary action):** Home Manager spoke to the consumer and went over his contract with him again.

**NAME OF EMPLOYEE ASSIGNED TO RECIPIENT AT TIME OF INCIDENT:** Jennifer Kenyon
**DESIGNATED SUPERVISOR'S SIGNATURE:** Benita Barnett

WITHIN 24 HOURS, DISTRIBUTE: PHOTO COPY - Director (Return to recipient records) - Rights Advisor - Agency

DCH-0044(E) (1/01) (W) Replaced DMH-2550



HEGIRA1682