

CLINICAL
**BIOTECH**
LABORATORIES, INC.

248-912-...
http://www.biotechcliniical.com

*Dr Kang*

◆ 25775 MEADOWBROOK
NOVI, MI 48375
CAP NO: 5000001

◆ 1540 LAKE LANSING ROAD, STE G04
LANSING, MI 48912
CAP NO: 7199837  Page:  1

| | |
|---|---|
| 1062<br>CMH  PROGRAM<br>WESTLAND COUNSELING CENTER<br>8623 N. WAYNE RD  STE 310<br>WESTLAND, MI   48185 | PATIENT NAME: PELICHEX, DARRYL |

| | | | |
|---|---|---|---|
| PATIENT NAME: | PELICHEX, DARRYL | ACCESSION NO: | 161065002 |
| D.O.B. | 03/04/1979  SEX:  M | PHONE NO: | |
| COLLECTED: | 04/15/2016  Age | PT. ID NO: | |
| RECEIVED: | 04/15/2016  37Y | STATUS: | FINAL |
| REPORTED: | 04/16/2016 | OTHER ID: | |

| TEST NAME | RESULTS<br>OUT OF RANGE  IN RANGE | REFERENCE RANGE |
|---|---|---|

**U R I N E   C H E M I S T R Y**

| | | | |
|---|---|---|---|
| UA CREATININE | 154.9 | >= 20 | mg/dL |

**U R I N E   T O X I C O L O G Y**
DRUG SCREEN 4 PANEL

| | | | | |
|---|---|---|---|---|
| BENZODIAZEPINES | NEGATIVE | CUTOFF 200 | ng/mL |
| CANNABINOIDS-50 | NEGATIVE | CUTOFF 50 | ng/mL |
| COCAINE | NEGATIVE | CUTOFF 300 | ng/mL |
| OPIATES | NEGATIVE | CUTOFF 2000 | ng/mL |

**This is a screen only, as ordered.  Confirmation testing of
individual tests shall be performed upon request.  Unconfirmed
screening results are to be used only for medical (treatment) purposes
Unconfirmed screening results must not be used for non-medical
purposes (e.g., employment testing, legal testing).

RECEIVED
APR 1 9 2016

DESIGNED AND MANUFACTURED WITH PRIDE FOR BIOTECH CLINICAL LABORATORIES INC.

HEGIRA1667