


**CLINICAL BIOTECH LABORATORIES, INC.**
248-912-
http://www.biotechclinical.com

RECEIVED MAY 1 6 2016

- 25775 MEADOWBROOK NOVI, MI 48375 CAP NO: 5000001
- 1540 LAKE LANSING ROAD, STE G04 LANSING, MI 48912 CAP NO: 7199837

Page: 1

| | |
|---|---|
| 1062<br>CMH PROGRAM<br>WESTLAND COUNSELING CENTER<br>8623 N. WAYNE RD STE 310<br>WESTLAND, MI 48185 | PATIENT NAME: PELICHET, DARRYL    ACCESSION NO: 161325008<br>D.O.B. 03/04/1979   SEX: M    PHONE NO:<br>COLLECTED: 04/29/2016   Age    PT. ID NO:<br>RECEIVED: 05/11/2016   37Y    STATUS: FINAL<br>REPORTED: 05/12/2016   OTHER ID: |

| TEST NAME | RESULTS OUT OF RANGE | RESULTS IN RANGE | REFERENCE RANGE | |
|---|---|---|---|---|
| **URINE CHEMISTRY** | | | | |
| UA CREATININE | | 53.9 | >= 20 | mg/dL |
| **URINE TOXICOLOGY** | | | | |
| DRUG SCREEN 4 PANEL | | | | |
| BENZODIAZEPINES | | NEGATIVE | CUTOFF 200 | ng/mL |
| CANNABINOIDS-50 | | NEGATIVE | CUTOFF 50 | ng/mL |
| COCAINE | | NEGATIVE | CUTOFF 300 | ng/mL |
| OPIATES | | NEGATIVE | CUTOFF 2000 | ng/mL |

\*\*This is a screen only, as ordered. Confirmation testing of individual tests shall be performed upon request. Unconfirmed screening results are to be used only for medical (treatment) purposes Unconfirmed screening results must not be used for non-medical purposes (e.g., employment testing, legal testing).

DESIGNED AND MANUFACTURED WITH PRIDE FOR BIOTECH CLINICAL LABORATORIES INC.

COPY

HEGIRA1691