**Billing Detail for Ian T. Cross**

Case: <u>Pelichet et. al. v. MDHHS et. al., 2:18-cv-11385</u>

Date: 8/23/2021

| Date | Task | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/25/18 | phone call with MPAS re- joining case, adding Bickerstaff as Plaintiff | 0.4 | 80 | $32.00 |
| 6/25/18 | review responses to complaint | 0.4 | 80 | $32.00 |
| 6/25/18 | research PHIP/MCHP funding structure | 2.6 | 80 | $208.00 |
| 6/26/18 | research colorado river/younger abstention doctrines | 2.4 | 80 | $192.00 |
| 7/9/18 | review motion to dismiss, research Younger abstention, qualified immunity, ADA Title II | 4.7 | 80 | $376.00 |
| 7/13/18 | phone call with MPAS re: representing their constituents + joint representation agreement, emails x3 with MPAS, larry + jimmy about MPAS joining case | 1.4 | 80 | $112.00 |
| 7/16/18 | research and write amended complaint, various emails | 5.2 | 80 | $416.00 |
| 7/17/18 | research and write amended complaint, various emails | 4.6 | 80 | $368.00 |
| 7/31/18 | research and write amended complaint, review records/exhibits | 7.3 | 80 | $584.00 |
| 8/1/18 | research and write amended complaint | 8.5 | 80 | $680.00 |
| 8/2/18 | research and write amended complaint, research issue of consent to amend from only certain defendants | 9.3 | 80 | $744.00 |
| 8/3/18 | research and write amended complaint + motion to file first amended complaint | 8.3 | 80 | $664.00 |
| 8/16/18 | research what happens when some defendants consent to amendment and some do not | 1.9 | 80 | $152.00 |
| 8/17/18 | additional research about rule 15 and amending complaint, do we have to respond to motions to dismiss initial complaint given that some parties consented to amendment, some did not, and motion is pending | 1.4 | 80 | $112.00 |
| 10/13/18 | review MDHHS Defendant's motion to dismiss 1st amended complaint and research re: Rooker-Feldman and Heck doctrines | 4.2 | 80 | $336.00 |
| 11/6/18 | research judicial estoppel argument for response to 12(b)(6) motion | 2.2 | 80 | $176.00 |
| 11/12/18 | research and write brief opposing MDHHS Defendant's motion to dismiss, Heck Doctrine/Habeas issue, sovereign immunity | 9 | 80 | $720.00 |
| 11/13/18 | research and write brief opposing MDHHS Defendant's motion to dismiss, mootness/ripeness and res judiciata | 12.7 | 80 | $1,016.00 |
| 11/14/18 | research and write brief opposing MDHHS Defendant's motion to dismiss, testimonial immunity, judicial estoppel, qualified immunity | 11.2 | 80 | $896.00 |

| 11/15/18 | research and write brief opposing MDHHS Defendant's motion to dismiss, ADA/ 504 claims under Olmstead | 5.5 | 80 | $440.00 |
|---|---|---|---|---|
| 11/16/2018 | write arguments re: younger/colorado river abstention and ADA/504 claims; edit our combined brief to below 35 pages with MPAS attorney Andrea Rizor, | 14.8 | 80 | $1,184.00 |
| 12/15/2018 | review MDHHS Defendant's reply brief | 0.3 | 80 | $24.00 |
| 1/15/2019 | Meeting with former forensic center psychiatrist to learn about CFP customs and practices | 1 | 80 | $80.00 |
| 2/28/19 | write memos for Larry and Jim to prepare them for oral argument | 1.8 | 80 | $144.00 |
| 6/5/19 | phone call with witness Darrell Veres | 0.4 | 233 | $93.20 |
| 6/5/19 | write demand to preserve evidence Re: James Blake incident and email to defense counsel | 0.7 | 233 | $163.10 |
| 6/6/19 | Draft affidavit, visit with Darrell Veres at WRPH to confirm facts and sign affidavit | 1.3 | 233 | $302.90 |
| 6/10/2019 | meeting with James Blake to draft and sign affidavit | 0.5 | 233 | $116.50 |
| 9/4/19 | draft motion to compel preservation of evidence re: Bickerstaff examination by Dr. Bavineni and for expedited discovery, discuss motion with atty for MPAS | 4.6 | 233 | $1,071.80 |
| 9/5/19 | complete brief in support of motion to preserve evidence and for expedited discovery | 0.4 | 233 | $93.20 |
| 9/20/19 | review Court's opinion and order on defendants' motion to dismiss | 0.6 | 233 | $139.80 |
| 11/1/19 | review MDHHS Defendants answer to complaint | 0.3 | 233 | $69.90 |
| 11/29/19 | review MDHHS Defendant's settlement offer | 0.1 | 233 | $23.30 |
| 12/3/19 | discuss MDHHS' settlement offer and potential counteroffers with clients | 2.3 | 233 | $535.90 |
| 12/4/19 | prepare draft counteroffer | 2.1 | 233 | $489.30 |
| 12/5/19 | conference call with MPAS attorneys regarding potential settlement | 0.8 | 233 | $186.40 |
| 12/9/19 | additional work/edits on counterproposal | 1.9 | 233 | $442.70 |
| 12/16/19 | review MPAS' proposed counterproposal, emails to/from MPAS x2 | 0.3 | 233 | $69.90 |
| 1/6/20 | emails to/from MPAS regarding joint discovery plan x3 | 0.2 | 233 | $46.60 |
| 1/15/20 | prepare draft joint discovery plan | 0.6 | 233 | $139.80 |
| 1/16/20 | attend Rule 26(f) conference | 0.5 | 233 | $116.50 |
| 2/11/20 | Review MPAS draft counteroffer, discuss with client, prepare recommendations of data tracking that MPAS should request from Defendants in settlement discussions | 2.9 | 233 | $675.70 |
| 2/19/20 | Prepare interrogatories, requests to produce, and requests to admit for MDHHS defendants | 4.7 | 233 | $1,095.10 |
| 2/20/20 | emails to MPAS x4 regarding what to ask for in settlement negotiations and what additional documents to seek in discovery | 0.3 | 233 | $69.90 |

2

| 3/5/20 | email from opposing counsel regarding discovery we served, separate representation for ORR/Bavineni, emails to/from MPAS attorneys x2 | 0.3 | 233 | $69.90 |
|---|---|---|---|---|
| 3/19/20 | write mass mailing to patients at WRPH to locate additional witnesses, research associated ethical issues | 0.8 | 233 | $186.40 |
| 3/19/20 | review MDHHS Defendant's motion for a protective order | 0.3 | 233 | $69.90 |
| 4/16/20 | research and write response to MDHHS Defendants motion for a protective order | 12.6 | 233 | $2,935.80 |
| 5/15/20 | write response to email from government lawyer Ashlee Lynn about discovery plans | 0.2 | 233 | $46.60 |
| 5/31/20 | write plaintiff's portion of statement of resolved/unresolved issues, email to defense counsel about what claims remain in case | 2.1 | 233 | $489.30 |
| 6/5/20 | prepare to argue MDHHS Defendants' motion for a protective order | 1 | 233 | $233.00 |
| 6/5/20 | attend scheduling conference, argue Defendants' discovery motion | 1.9 | 233 | $442.70 |
| 6/8/20 | read order on MDHHS motion for a protective order | 0.1 | 233 | $23.30 |
| 6/8/20 | emails with MPAS counsel re: discovery strategy and settlement negotiations | 0.2 | 233 | $46.60 |
| 6/16/20 | send additional interrogatory to MDHHS defendants | 0.2 | 233 | $46.60 |
| 6/25/20 | phone interviews with WRPH patients who received our mass mailing | 2.6 | 233 | $605.80 |
| 6/26/20 | phone interviews with WRPH patients who received our mass mailing | 2.1 | 233 | $489.30 |
| 6/29/20 | visit and interview Mark Alvarez at WRPH, get kicked out of the hospital by Laurie Albert before we can interview more patients, email to Laurie Albert | 2.3 | 233 | $535.90 |
| 7/3/20 | prepare Plaintiffs' initial disclosures | 0.7 | 233 | $163.10 |
| 7/4/20 | doc review for departmental procedures produced by defendants | 3.9 | 233 | $908.70 |
| 7/7/20 | email to defense counsel to schedule four depositions | 0.1 | 233 | $23.30 |
| 7/9/20 | phone call with defense counsel about depositions | 0.2 | 233 | $46.60 |
| 7/14/20 | read MDHHS defendants answer to plaintiffs 2nd discovery request | 0.1 | 233 | $23.30 |
| 7/17/20 | review documents produced by MDHHS defendants on 7/17 | 6.2 | 233 | $1,444.60 |
| 7/18/20 | review documents produced by MDHHS defendants on 7/17 | 1.5 | 233 | $349.50 |
| 7/20/20 | email to Laurie Albert about visiting WRPH patients | 0.1 | 233 | $23.30 |
| 7/22/20 | prepare affidavits for WRPH patient witnesses based on phone interviews | 0.9 | 233 | $209.70 |
| 7/22/20 | meet with WRPH patient witnesses to go over and sign affidavits | 1.5 | 233 | $349.50 |

3

| | | | | |
|---|---|---|---|---|
| 7/24/20 | write 3rd interrogatories, second requests to produce, and second requests to admit to MDHHS Defendants | 1.3 | 233 | $302.90 |
| 7/27/20 | read mdhhs defendants supplemental answer to Plaintiffs second discovery request | 0.1 | 233 | $23.30 |
| 8/14/20 | review MDHHS defendant's discovery requests to plaintiffs and share with plaintiffs | 0.4 | 233 | $93.20 |
| 8/20/2020 | script deposition of Marway Johnson | 4.4 | 233 | $1,025.20 |
| 8/21/2020 | take deposition of Marway Johnson | 2 | 233 | $466.00 |
| 8/24/2020 | comb through documents produced in discovery to find content for deposition of Enid Reed, script deposition of Enid Reed | 12.7 | 233 | $2,959.10 |
| 8/25/2020 | final prep for deposition of Enid Reed | 1 | 233 | $233.00 |
| 8/25/2020 | take deposition of Enid Reed | 3.7 | 233 | $862.10 |
| 8/25/2020 | email correspondence with MPAS atty Simon Zagata about Reed deposition | 0.1 | 233 | $23.30 |
| 8/26/2020 | emails x2 with defense counsel regarding their discovery responses | 0.5 | 233 | $116.50 |
| 8/30/2020 | research and begin response to MDHHS Defendants' motion for partial summary judgment | 2 | 233 | $466.00 |
| 9/2/2020 | continue work on response to MDHHS Defendants' motion for partial summary judgment | 1.4 | 233 | $326.20 |
| 9/3/2020 | continue work on response to MDHHS Defendants' motion for partial summary judgment | 1.9 | 233 | $442.70 |
| 9/3/2020 | script deposition of Dr. Aruna Bavineni and review records/discovery to find exhibits | 7.6 | 233 | $1,770.80 |
| 9/4/2020 | take deposition of Dr. Aruna Bavineni | 1.5 | 233 | $349.50 |
| 9/4/2020 | meet with Darryl Pelichet to draft and sign his affidavit | 0.9 | 233 | $209.70 |
| 9/7/2020 | Script Lemmen deposition and find documents to use as exhibits | 3.4 | 233 | $792.20 |
| 9/8/2020 | continue preparation for Lemmen deposition | 2.5 | 233 | $582.50 |
| 9/8/2020 | take deposition of Dr. Craig Lemmen | 2.2 | 233 | $512.60 |
| 9/8/2020 | research and write response to MDHHS Defendants' motion for partial summary judgment | 8.2 | 233 | $1,910.60 |
| 9/9/2020 | research and write response to MDHHS Defendants' motion for partial summary judgment | 14.4 | 233 | $3,355.20 |
| 9/11/2020 | Zoom meeting with former forensic center psychiatrist to consult on request for injunctive relief,, explore possibility of serving as expert witness | 0.7 | 233 | $163.10 |
| 9/11/2020 | discuss responses to MDHHS discovery requests to Plaintiffs with various Plaintiffs | 0.6 | 233 | $139.80 |
| 9/12/2020 | In-person meeting with Bonn Washington to discuss responses to MDHHS Defendants discovery requests to Plaintiffs | 0.8 | 233 | $186.40 |

4

| 9/13/2020 | review records for responses to MDHHS Defendants' discovery requests, write responses to MDHHS Defendants' discovery requests | 7.1 | 233 | $1,654.30 |
| 9/14/2020 | emails to/from plaintiffs for approval of final responses to MDHHS discovery requests | 0.2 | 233 | $46.60 |
| 9/15/2020 | legal research re: what to do when Plaintiff's guardian dies during the case | 0.6 | 233 | $139.80 |
| 9/17/2021 | Doc review for docs produced by defendants: First requests #2, #3, #6, #15; Third requests #1, #3 | 3.1 | 233 | $722.30 |
| 9/18/2020 | interview former staff psychiatrist at Center for Forensic Psychiatry | 0.4 | 233 | $93.20 |
| 9/24/2020 | write stipulated orders to substitute Frank Bickerstaff for deceased plaintiff Mary Bickerstaff and to dismiss New Center Community Services | 0.4 | 233 | $93.20 |
| 9/28/2020 | prepare Frank Bickerstaff for his deposition | 0.8 | 233 | $186.40 |
| 10/4/2020 | Doc review for docs produced by defendants: 3rd requests #4, #5 | 2.2 | 233 | $512.60 |
| 10/5/2020 | review and provide suggestions on interim settlement agreement | 0.9 | 233 | $209.70 |
| 10/6/2020 | write plaintiffs fact witness list | 0.4 | 233 | $93.20 |
| 10/8/2020 | research re- deliberative process privilege and the extent of information required in a privilege log | 2.1 | 233 | $489.30 |
| 10/12/2020 | prepare for oral argument on Defendant's motion for partial summary judgment | 1.5 | 233 | $349.50 |
| 10/13/2020 | final preparation for oral argument | 0.7 | 233 | $163.10 |
| 10/13/2020 | argue MDHHS Defendants' motion for partial summary judgment | 0.7 | 233 | $163.10 |
| 10/16/2020 | doc review of NGRI Committee meeting minutes | 4.3 | 233 | $1,001.90 |
| 11/12/2020 | attend status conference | 0.3 | 233 | $69.90 |
| 12/1/2020 | write additional interrogatories, RTP and admits to MDHHS | 0.9 | 233 | $209.70 |
| 12/5/2020 | research re- attorney-client privilege for emails within large organizations, trial preparation material privilege, review MDHHS defendants' updated privilege log | 1.8 | 233 | $419.40 |
| 12/6/2020 | complete research regarding privilege issues and write email to defense counsel about their claims of privilege | 1 | 233 | $233.00 |
| 12/7/2020 | zoom meeting with defense counsel about our discovery requests | 0.4 | 233 | $93.20 |
| 12/10/2020 | emails with Darryl Pelichet re- identity of potential witnesses and documents to request | 0.2 | 233 | $46.60 |
| 12/15/2020 | emails with defense counsel re- narrowing discovery requests | 0.2 | 233 | $46.60 |
| 12/29/2020 | read MDHHS defendants' answers to plaintiffs fourth | 0.2 | 233 | $46.60 |

| | | | | |
|---|---|---|---|---|
| | discovery requests | | | |
| 1/13/2021 | doc review for docs produced in response to Plaintiff's fourth discovery requests | 1.4 | 233 | $326.20 |
| 1/19/2021 | markup of proposed AFP 106 policy for settlement agreement | 1.6 | 233 | $372.80 |
| 1/20/2021 | email correspondence with Darryl Pelichet about facts relevant to Lisa Medoff deposition | 0.2 | 233 | $46.60 |
| 1/20/2021 | find exhibits and write outline for deposition of Lisa Medoff for Larry | 2.2 | 233 | $512.60 |
| 1/21/2021 | prep Larry to depose Lisa Medoff | 0.3 | 233 | $69.90 |
| 1/25/2021 | email correspondence with Darryl Pelichet about facts relevant to Christina Sandie deposition | 0.1 | 233 | $23.30 |
| 1/26/2021 | email to Frank Bickerstaff about facts relevant to Christina Sandie deposition | 0.1 | 233 | $23.30 |
| 1/28/2021 | phone interview with witness Sheila Hatton | 0.7 | 233 | $163.10 |
| 2/1/2021 | review prior testimony, find exhibits, and script deposition of Christina Sandie | 5.5 | 233 | $1,281.50 |
| 2/2/2021 | depose Christina Sandie | 1.9 | 233 | $442.70 |
| 2/4/2021 | find exhibits and write outline for deposition of Evette Carroll for Larry | 1.8 | 233 | $419.40 |
| 3/19/2021 | amend witness list | 0.3 | 233 | $69.90 |
| 4/20/2021 | meeting with witness Sheila Hatton | 0.8 | 233 | $186.40 |
| 4/29/2021 | Final pre-deposition meeting with Sheila Hatton | 0.5 | 233 | $116.50 |
| 4/29/2021 | Defend deposition of Sheila Hatton | 2.8 | 233 | $652.40 |
| | | | | |
| | **Total** | **313.4** | | **$54,493.90** |