UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DARRYL PELICHET, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> ELIZABETH HERTEL, *et al.*, <br><br> Defendants. | CASE NO. 2:18-cv-11385 <br><br> MAG. JUDGE ANTHONY P. PATTI <br><br> **STIPULATED ORDER DISMISSING MDHHS DEFENDANTS WITH PREJUDICE** |
| Laurence H. Margolis (P69635) <br> Ian T. Cross (P83367) <br> Margolis, Gallagher & Cross <br> Attorneys for Plaintiffs <br> 214 S. Main St., Suite 202 <br> Ann Arbor, MI  48104 <br> (734) 994-9590 <br> larry@lawinannarbor.com <br> ian@lawinannarbor.com <br><br> Katherine J. Bennett (P75913) <br> Darrin F. Fowler (P53464) <br> Assistant Attorneys General <br> Michigan Dep't of Attorney General <br> Attorneys for MDHHS Defendants <br> P.O. Box 30736 <br> Lansing, MI  48909 <br> (517) 335-7632 <br> bennettk1@michigan.gov <br> fowlerd1@michigan.gov | Thomas G. Cardelli (P31728) <br> Cardelli Lanfear, P.C. <br> Attorney for Defendant Hegira <br> 322 W. Lincoln Ave <br> Royal Oak, MI 48067 <br> (248) 544-1100 <br> tcarfelli@cardellilaw.com |

**STIPULATED ORDER DIMISSSSING MDHHS DEFENDANTS WITH PREJUDICE**

Plaintiffs Darryl Pelichet, Bonn Washington, Joshua Ragland, and Darius

Bickerstaff and Defendant Michigan Department of Health and Human Services

(the settling parties) have advised the Court that they entered into a Settlement Agreement on April 26, 2022.

Under Paragraph 9 of the Settlement Agreement, the Plaintiffs agreed to dismiss with prejudice all claims against the MDHHS Defendants (Michigan Department of Health and Human Services, Elizabeth Hertel, Sharon Dodd-Kimmey, Craig Lemmen, Kimberly Kulp-Osterland, Lisa Marquis, Martha Smith, Dave Barry, Kelli Schaefer, Joseph Corso, and Diane Heisel) in this matter.

Further, under Paragraph 10 of the Settlement Agreement, the settling parties agreed to jointly move the Court for dismissal with prejudice of the Plaintiffs' claims against the MDHHS Defendants.  The settling parties agree that with the entry of this Order, all of the Plaintiffs' claims in this matter against MDHHS and its employees have been dismissed with prejudice and all of the MDHHS Defendants are dismissed from this case with prejudice.

Accordingly, the settling parties now stipulate that this Court dismiss the MDHHS Defendants with prejudice.

**IT IS SO ORDERED.**

Dated: May 13, 2022                                   s/Anthony P. Patti
                                                     Hon. Anthony P. Patti
                                                     U.S. Magistrate Judge

3

Stipulated and Approved for Entry:

| | |
|---|---|
| *Laurence H. Margolis (w/ permission)* <br> Laurence H. Margolis (P69635) <br> Attorney for Plaintiffs <br><br> Dated: April 28, 2022 | /s/ Katherine J. Bennett <br> Katherine J. Bennett (P75913) <br> Attorney for MDHHS Defendants <br><br> Dated: April 28, 2022 |