PCM219  Lhaywood  11/26/2012 7:23 AM  (i)
Approved, SCAO

**STATE OF MICHIGAN**
**COUNTY OF WAYNE**
**PROBATE COURT**

☐ SECOND  ☒ CONTINUING
ORDER FOR TREATMENT

CODE: OPC
FILE NO.
1999-604747-MI

In the matter of  Bonn Gason Washington, Subject of a Petition

1. Date of Hearing:  11/21/2013                    Judge:  Martin T. Maher

2. A petition has been filed by  Norine Bonrqeois
   Petitioner name(type or print)
   asserting that the above named individual continues to be a person requiring treatment.

3. The initial order for mental health treatment was made pursuant to a petition filed under MCL 330.1434.

4. The court finds that notice of hearing has been given according to law.

5. The individual  ☐ was present in court.
                   ☒ was not present for reasons stated on the record

   The hearing was ☐ with ☒ without a jury.

   Present were  Sean F Heck
                 Corporation Counsel
   _____, attorney for the individual, and
   _____, attorney for the petitioner.

☐ 6. Testimony of a physician was waived by the individual and the individual's attorney.

7. ☐ Testimony was given by  Interested Parties
   ☒ Testimony was not given because the parties stipulated to entry of the order.

**THE COURT FINDS:**

☒ 8. By clear and convincing evidence, the individual continues to be a person requiring treatment because the individual has a mental illness, and as a result of that mental illness
   ☒ a. can be reasonably expected within the near future to intentionally or unintentionally seriously physically injure self or others, and has engaged in an act or acts or made significant threats that are substantially supportive of the expectation.
   ☐ b. is unable to attend to those basic physical needs that must be attended to in order to avoid serious harm in the near future, and has demonstrated that inability by failing to attend to those basic physical needs.
   ☒ c. whose judgment is so impaired the individual is unable to understand the need for treatment. Continued behavior as the result of this mental illness can be reasonably expected, on the basis of competent clinical opinion, to result in significant physical harm to self or others.

9. There ☐ is  ☒ is not an available treatment program that is an alternative to hospitalization or that follows an initial period of hospitalization adequate to meet the individual's treatment needs and is sufficient to prevent harm that the individual may inflict upon self or others within the near future.

10. The State Hospital System, Veterans Administration Hospital or a Private _____ hospital can provide treatment which is adequate and appropriate to the individual's condition.

SEE SECOND PAGE

Do not write below this line-For court use only

PCM 219 (9/10)   SECOND OR CONTINUING ORDER FOR TREATMENT

MCL 330.1401, MCL 330.1464a,
MCL 330.1488x, MCL 330.1472a

Walter P Reuther Psychiatric Hospital (WPR)
Attn: Tina Green
30901 Palmer Rd.
Westland MI 48186

SEP 05 2013

PCM219 Lhaywood 11/26/2012 7:23 AM (i)

☐ 11. The individual is not a person requiring treatment.

☐ 12. The individual has been hospitalized involuntarily two or more times within the two year period immediately preceding the filing of the petition and has rejected aftercare programs and treatment.

IT IS ORDERED that the individual:

☐ 13. Undergo a second order of treatment and be hospitalized in the previously mentioned hospital for a period not to exceed 90 days

☒ 14. Undergo a continuing order of treatment and be hospitalized in the previously mentioned hospital for a period not to exceed one year

☐ 15. Undergo a second or continuing order of combined hospitalization and alternative/assisted outpatient treatment for a period not to exceed one year. Hospitalization in the previously mentioned hospital shall not exceed 90 days. Alternative/assisted outpatient treatment shall be under the supervision of

Detroit-Wayne County Community Mental Health Agency   ☐ community mental health services program
                                                       ☐ a mental health agency or professional
as follows: Upon release from the hospital, it is ordered that you appear at a location under the supervision of a Managed Comprehensive Provider Network of the Detroit-Wayne County Community Mental Agency, or a private, agency for an appointment to establish a treatment program. It is further ordered any failure to comply with the established program may result in your immediate return to a treatment facility as ordered by this Probate Court.

☐ An initial hospitalization period shall not exceed _____ days.

☐ 16. Is discharged from the hospital and shall undergo an alternative/assisted outpatient treatment program under the supervision of the Detroit-Wayne County Community Mental Health Agency   ☐ community mental health service program
                                                                                                                                                                                                   ☐ a mental health agency or professional
for a period not to exceed one year. Case management services shall be as follows: Upon release from the hospital, it is ordered that you appear at a location under the supervision of a Managed Comprehensive Provider Network of the Detroit-Wayne County Community Mental Agency, or a private, agency for an appointment to establish a treatment program. It is further ordered any failure to comply with the established program may result in your immediate return to a treatment facility as ordered by this Probate Court.

Additionally, one or more of the following is ordered: (see MCL 330.1433(3) for specific provisions that may be ordered):

☐ 17. If the individual refuses to comply with a psychiatrist's orders to return to the hospital, a peace officer shall take the individual into protective custody and transport the individual to the hospital designated by the psychiatrist.

☐ 18. Is discharged and the petition is denied.

19. If felony charges have been previously dismissed under MCL 330.2044(1)(b) and the time for petitioning to refile charges has not elapsed:
  a. not less than 30 days before the scheduled release or discharge, the director of the treating facility shall notify the prosecutor's office in the county in which charges against the person were originally brought that the patient's release or discharge is pending.
  b. not less than 30 days before the scheduled release or discharge, the patient to be released or discharged shall undergo a competency examination as described in MCL 330.2036. A copy of the written report of the examination along with the notice required in item 19.a. above shall be submitted to the prosecutor's office in the county in which the charges against the patient were originally brought. The written report is admissible as provided in MCL 300.2030(3).

_____ember 21, 2012
Date

Judge Martin T Maher

SEP 05 2013

