UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DARRYL PELICHET

Plaintiffs,

v.

ELIZABETH HERTEL, *et al.*,

Defendants.

Case No. 2:18-cv-11385

Hon. Anthony P. Patti

## ORDER GRANTING IN PART MOTION TO APPOINT GUARDIAN AD LITEM (ECF No. 206) and CONDITIONALLY APPOINTING ATTORNEY BARBARA J. SAFRAN

Having been informed with respect to the above referenced motion by the discussion at today's status conference (at which attorneys Margolis, Cross and Cardelli appeared) and having heard from both sides, the Court **GRANTS IN PART** Plaintiffs' Motion to Appoint a Guardian *Ad Litem* and **HEREBY CONDITIONALLY APPOINTS** Attorney Barbara J. Safran (P28856), 30150 Telegraph Rd Ste 444, Bingham Farms, MI 48025-4549, as Guardian *Ad Litem* (GAL) to review any proposed settlement as to Plaintiffs Darryl Pelichet and Bonn Washington.  Ms. Safran shall inform the Court of her acceptance of this appointment in writing within 7 days of this Order.  Upon acceptance, the GAL is charged with preparing a written report of her investigation as to the appropriateness of the proposed settlement and whether it serves the best interests

of Plaintiffs Pelichet and Washington, consistent with MCR 5.121(C) and Mich. Comp. Laws § 700.5305.  The GAL's compensation shall be borne by the Plaintiffs.  In light of the confidential nature of the resolution proposed by the remaining parties, any report resulting from this appointment shall be presented directly to my chambers on or before **March 10, 2023**, and shall not be filed by the GAL in the record of this Court.

    **IT IS SO ORDERED.**


Date: February 15, 2023

                                Hon. Anthony P. Patti
                                United States Magistrate Judge