UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DARRYL PELICHET

Plaintiffs,                                             Case No. 2:18-cv-11385

v.

                                                        Hon. Anthony P. Patti

ELIZABETH HERTEL, *et al*.,

Defendants.

# AMENDED ORDER GRANTING IN PART MOTION TO APPOINT GUARDIAN AD LITEM (ECF No. 206) and APPOINTING ATTORNEY BARBARA J. SAFRAN

Having been informed with respect to the above referenced motion by the discussion at the February 15, 2023 status conference (at which attorneys Margolis, Cross and Cardelli appeared) and having heard from both sides, the Court **GRANTS IN PART** Plaintiffs' Motion to Appoint a Guardian *Ad Litem* and **HEREBY APPOINTS** Attorney Barbara J. Safran (P28856), 30150 Telegraph Rd Ste 444, Bingham Farms, MI 48025-4549, as Guardian *Ad Litem* (GAL) to review any proposed settlement as to Plaintiffs Darryl Pelichet and Bonn Washington. Ms. Safran has informed the Court of her acceptance of this appointment in writing, subject to some accommodation based on her travel schedule and staffing issues, which the Court addresses by herein amending certain dates contained in its previous order. (ECF No. 209.)  Accordingly, the GAL is charged with preparing a

written report of her investigation as to the appropriateness of the proposed settlement and whether it serves the best interests of Plaintiffs Pelichet and Washington, consistent with MCR 5.121(C) and Mich. Comp. Laws § 700.5305. The GAL's compensation shall be borne by the Plaintiffs. In light of the confidential nature of the resolution proposed by the remaining parties, any report resulting from this appointment shall be presented directly to my chambers on or before **April 3, 2023**, and shall not be filed by the GAL in the record of this Court. The in-person hearing date on approval of settlement will be moved to early April by separate notice, although the GAL will not be required to appear for the hearing.

    **IT IS SO ORDERED.**

Date: February 23, 2023

                              Honorable Anthony P. Patti
                              United States Magistrate Judge