UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DARRYL PELICHET
BONN WASHINGTON,

Plaintiffs,

Case No. 2:18-cv-11385

v.

Hon. Anthony P. Patti

ELIZABETH HERTEL, *et al*.,

Defendants.

| | |
|---|---|
| Laurence H. Margolis (P69635) | Thomas G. Cardelli (P31728) |
| Ian T. Cross (P83367) | *Cardelli Lanfear, P.C.* |
| *Margolis & Cross* | Attorney for Defendant Hegira |
| Attorneys for Plaintiff | 322 W. Lincoln Ave. |
| 402 W. Liberty St. | Royal Oak, MI 48067 |
| Ann Arbor, MI 48103 | tcardelli@cardellilaw.com |
| larry@lawinannarbor.com | |
| ian@lawinannarbor.com | |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

This Court has been advised that the two remaining Plaintiffs, Darryl Pelichet and Bonn Washington, have reached a confidential settlement agreement with Defendant Hegira**.** In accordance with a term of the agreement requested by Defendant Hegira, the court appointed a Guardian Ad Litem (GAL) to determine if the settlement was appropriate and in the best interests of Plaintiffs Darryl Pelichet and Bonn Washington. (ECF 209, 210).

This Court received and reviewed the report of the GAL, which details the confidential settlement terms. (ECF No. 211 (sealed).) The Court is satisfied that

the proposed settlement is fair, appropriate, freely entered into by the Plaintiffs, and in the best interests of the Plaintiffs.

IT IS HEREBY ORDERED that, subject to the parties executing and carrying out the terms of their confidential written settlement agreement, the proposed confidential settlement between Plaintiffs Darryl Pelichet and Bonn Washington and Defendant Hegira is approved. This Order dismisses this case with prejudice and resolves all remaining claims as to all remaining parties. The Court shall retain jurisdiction solely to enforce the terms of the confidential settlement agreement.

**IT IS SO ORDERED.**

Date: March 23, 2023

Honorable Anthony P. Patti
United States Magistrate Court

APPROVED AS TO FORM AND SUBSTANCE

/s/Laurence H. Margolis (P69635)
*Margolis & Cross*
Attorney for Plaintiffs
402 W. Liberty St.
Ann Arbor, MI 48103
larry@lawinannarbor.com

/s/Thomas G. Cardelli
*Cardelli Lanfear, P.C.*
Attorney for Defendant Hegira
322 W. Lincoln Ave.
Royal Oak, MI 48067
tcardelli@cardellilaw.com